No. 490 June 3, 2026 289

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of C. S.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

C. S.,
*Appellant.*

Marion County Circuit Court
25CC05599; A188835

Michael Y. Wu, Judge pro tempore.

Submitted April 10, 2026.

Liza Langford filed the brief for appellant.

Jona J. Maukonen, Assistant Attorney General waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.*

LAGESEN, C. J.

Affirmed.

_____
\* Determined by a two-judge department as authorized by ORS 2.570(2)(b).

**LAGESEN, C. J.**

Appellant seeks reversal of a judgment committing her to the custody of the Oregon Health Authority for a period not to exceed 180 days and prohibiting the purchase or possession of firearms. Appointed counsel filed a brief pursuant to ORAP 5.90(4) and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.

The trial court entered that judgment after finding that appellant suffered from a mental disorder. The trial court found that her disorder caused her to be a danger to herself, specifically, that following recent suicide attempts, her persistent delusions and reports of suicidal plans created a high risk that she would make another attempt if she were not committed for inpatient treatment. *See* ORS 426.005(1)(f)(A) (2023) *amended by* Or Laws 2025, ch 559, § 4 (defining person with a mental illness as a person who, because of a mental disorder, is dangerous to self or others).

Having reviewed the record, including the trial court file, the transcript of the civil commitment hearing, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.